IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LUCA JR., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM HOTEL GROUP, LLC, WYNDHAM HOTELS AND RESORTS, LLC, and WYNDHAM HOTEL MANAGEMENT, INC.,<br><br>　　　　　　　　Defendants. | Case No. 16-cv-0746 (MRH)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ERIN GREEN COMITE** |

　　Erin Green Comite, undersigned counsel for Plaintiff THOMAS LUCA JR. hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's May 31, 2006 Standing Order Regarding *Pro Hac Vice* Admissions (Misc. No. 06-151).

　　In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Erin Green Comite filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: June 21, 2016

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/* Erin Green Comite
　　　　　　　　　　　　　　　　　　Erin Green Comite (CT420630)
　　　　　　　　　　　　　　　　　　SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
　　　　　　　　　　　　　　　　　　156 South Main Street
　　　　　　　　　　　　　　　　　　P.O. Box 192
　　　　　　　　　　　　　　　　　　Colchester, CT 06415
　　　　　　　　　　　　　　　　　　Telephone: (860) 537-5537
　　　　　　　　　　　　　　　　　　ecomite@scott-scott.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* of Erin Green Comite was electronically filed on June 21, 2016 with the Clerk of Court for Western District of Pennsylvania, and a copy was served on all counsel of record via the Court's electronic filing system.


               */s/* Erin Green Comite
               Erin Green Comite