IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LUCA JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM HOTEL GROUP, LLC, WYNDHAM HOTELS AND RESORTS, LLC, and WYNDHAM HOTEL MANAGEMENT, INC.,<br><br>Defendants. | Civil No. 2:16-cv-00746 (MRH)<br><br>Electronically Filed and Served |

## [PROPOSED] ORDER

Upon consideration of Defendants Wyndham Hotel Group, LLC and Wyndham Hotels and Resorts, LLC's Motion to Dismiss, the memoranda in support, and opposition thereto, as well as upon consideration of the arguments of the parties, it is this ____ day of _____, 2016:

**ORDERED** that Defendants' motion is **GRANTED**; AND

**FURTHER ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE.**

_____
Mark R. Hornak
United States District Judge