## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LUCA JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM HOTEL GROUP, LLC, WYNDHAM HOTELS AND RESORTS, LLC, and WYNDHAM HOTEL MANAGEMENT, INC.,<br><br>Defendants. | Civil No. 2: 16-cv-00746<br><br>Electronically Filed and Served |

## DECLARATION OF VOLODYA KRUL IN SUPPORT OF MOTION TO DISMISS FILED BY DEFENDANTS WYNDHAM HOTEL GROUP, LLC AND WYNDHAM HOTELS AND RESORTS, LLC

I, Volodya Krul, declare that:

1.    I am Director of Web Product Strategy & Development for Wyndham Hotel Group, LLC ("WHG"). I am duly authorized to make this declaration.

2.    This declaration is made in support of Defendant WHG and Defendant Wyndham Hotels and Resorts, LLC's ("WHR") Motion to Dismiss.

3.    In my capacity as Director of Web Product Strategy & Development, I have knowledge of the content on www.wyndham.com and www.wyndhamhotelgroup.com, which include WHR properties. I also have knowledge of the hotel room booking process via www.wyndham.com and www.wyndhamhotelgroup.com, which include WHR properties.

4.      I have reviewed the complaint in this action and the record of Plaintiff's hotel reservation made via www.wyndham.com on May 23, 2016 for the Shelbourne Wyndham Grand South Beach hotel for a two-night stay with an arrival on May 27, 2016.

5.      Attached as Exhibit A is a true and correct copy of the www.wyndham.com Terms of Use as found on the website on May 23, 2016.

6.      Attached   as   Exhibit   B   is   a   true   and   correct   copy   of   the www.wyndhamhotelgroup.com Terms of Use as found on the website on May 23, 2016.

7.      Attached as Exhibit C is a true and correct copy of the Room Rates Page that appears if a user searches for a two-night stay at the Shelbourne Wyndham Grand South Beach hotel, as described in the Complaint at paragraph 49. Although the prices and available rooms may change based on the specific date requested by the user, the remaining content is identical to how it would have appeared to plaintiff on May 23, 2016.

8.      Attached as Exhibit D is a true and correct copy of the pop-up that appears when a user clicks the hyperlink to "View total cost with taxes & fees" on the Room Rates Page, as mentioned in the Complaint at paragraph 50.

9.      Attached as Exhibit E is a true and correct copy of the Check-Out Page for the Shelbourne Wyndham Grand South Beach hotel, as depicted in the Complaint at paragraph 52. Although the prices have changed since plaintiff booked his stay on May 23, 2016, the remaining content is identical to how it would have appeared to plaintiff.

10.     Attached as Exhibit F is a true and correct copy of the pop-up box that appears when a user clicks the hyperlink to "View taxes & fees" on the Check-Out Page as depicted in the Complaint at paragraph 52.

2

11. Attached as Exhibit G is a true and correct copy of the Confirmation page that appears when a user books a stay at the Shelbourne Wyndham Grand South Beach hotel, as depicted in the Complaint at paragraph 58. As with the other pages, the particular prices charged have changed, but the remainder of the content is identical as to how it would have appeared to plaintiff on May 23, 2016.

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 11th day of August 2016 in Parsippany, New Jersey.

/s/ 
Volodya Krul

3

# Exhibit A



# WEB SITE TERMS OF USE

Welcome to this Wyndham Franchise Systems, Inc. Web site (this "Web Site"). Wyndham Franchise Systems, Inc. provides this Web Site subject to the following terms of use (these "Terms"). These Terms explain a contractual agreement between you ("User," "You," "Your") and Wyndham Franchise Systems, Inc. ("We," "Us," "Our") regarding Your use of this Web Site. You should print a copy of these Terms for Your records. Please note, however, that We may update and amend these Terms from time to time.

## 1. WHAT YOU SHOULD KNOW

The goal of this Web Site is to provide You with access to information about Our hotel chain's facilities, services, products, and related links to meet Your needs (the "Content"). The Terms are meant to protect all of Our visitors to this Web Site, and Your access to and use of this Web Site signifies Your agreement with these Terms. DO NOT USE THIS WEB SITE IF YOU DO NOT AGREE WITH THESE TERMS. We reserve the right, in Our sole discretion, to modify, alter or otherwise update these Terms at any time. Such modifications, alterations, and updates shall be effective immediately upon posting. You agree to be bound by such modified, altered, and updated Terms if You access or use this Web Site after We have posted notice of such modifications, alterations or updates.

Consistent with Our goals, this Web Site will permit You to link to many other Web sites that may or may not be affiliated with this Web Site and/or with Us. The other linked Web sites have different terms of use that are not the same as these Terms. Your access to and use of such linked Web sites through links provided on this Web Site is governed by the terms of use and policies of those sites, not this Web Site.

## 2. PRIVACY

Registration data and certain other information about You is subject to our Privacy Policy. For more information, please review Our Privacy Policy.

## 3. USE OF THIS WEB SITE

We control and operate this Web Site. All Content on this Web Site, including, but not limited to, text, images, illustrations, audio clips, and video clips, is protected by copyrights, trademarks, service marks, and/or other intellectual property rights (which are governed by United States and worldwide copyright laws and treaty provisions, privacy and publicity laws, and communication regulations and statutes). The Content is owned and controlled by Us or Our affiliates, or by third party content providers, merchants, sponsors and licensors (collectively the "Providers") that have licensed their content or the right to market their products and/or services to Us. Content on this Web Site or any Web site owned, operated, licensed or controlled by the Providers is solely for Your personal, non-commercial use. You agree to abide by all additional copyright notices, information, or restrictions contained in any Content. You may download a single copy of any Content contained on this Web Site, solely for Your personal, non-commercial use, consistent with these Terms, provided that You maintain all copyright and other notices contained in such Content.

You may not copy, reproduce, republish, upload, post, transmit, distribute, and/or exploit the Content in any way (including by e-mail or other electronic means) for commercial use without the prior written consent of Us or the Providers. You may request consent by faxing a request to Wyndham Worldwide's Legal Department at 973-753-6620. Your modification of the Content, use of the Content on any other Web site or networked computer environment, or use of the Content for any purpose other than personal, non-commercial use, without the prior written consent of Us or the Providers, violates the intellectual property rights and proprietary rights of the Content owners and is prohibited.

You may not use on Your Web site any registered or unregistered trademarks, service marks or copyrighted materials appearing on this Web Site, including but not limited to any logos or characters, without the express written consent of the owner of the mark or copyright. You may not frame, deep link, or otherwise incorporate into another Web site any of the Content or other materials on this Web Site without Our express prior written consent.

Violation of trademark and copyright laws may result in significant civil liability or criminal penalties under United States and/or worldwide copyright and trademark laws. You recognize that any reproduction or use of Content, except as authorized by these Terms, is considered intentional infringement.

## 4. USER'S RESPONSIBILITIES

You warrant and represent to Us that You will not use this Web Site for any purpose that is unlawful or prohibited by these Terms, including without limitation the posting or transmitting any threatening, libelous, defamatory, obscene, scandalous, inflammatory, pornographic, or profane material. If You violate any of these Terms, Your permission to use this Web Site immediately terminates without the necessity of any notice. We retain the right to deny access to anyone at Our discretion for any reason, including for violation of these Terms.

You are solely responsible for Your Information, and We act as a passive conduit for Your online distribution and publication of Your

Information. As used in these Terms, "Information" means any information or data that You submit to this Web Site and any information or data that is generated by this Web Site as a result of Your use of this Web Site.

In the event that You are provided with User identification numbers or codes (collectively, "ID's"), confirmation numbers, and/or passwords (as applicable) in the use of this Web Site, You shall maintain such User ID's, confirmation numbers, and/or passwords in confidence and You agree not to distribute or disclose the same to third parties. It is Your responsibility to notify Us if We need to change or discontinue any of Your ID's, confirmation numbers, or passwords. It is also Your responsibility to immediately request discontinuation of an ID, confirmation number, or password upon Your knowledge or belief that such ID, confirmation number, and/or password is, or may be subject to, a breach of confidentiality. We may suspend or terminate Your service or access to this Web Site if We believe a breach of these Terms has occurred.

You agree to provide true, accurate, current and complete Information. If You provide any Information that is untrue, inaccurate, not current or incomplete (or We have reasonable grounds to suspect that such Information is untrue, inaccurate, not current or incomplete), We have the right to suspend or terminate Your access and activity, and refuse any and all current or future use, of this Web Site.

## 5. PROHIBITED ACTIVITIES

You are specifically prohibited from any use of this Web Site, and You agree not to use or permit others to use this Web Site, for any of the following: (a) take any action that imposes an unreasonable or disproportionately large load on the Web Site's infrastructure, including but not limited to "spam" or other such unsolicited mass e-mailing techniques; (b) disclose to, or share with, the assigned confirmation numbers and/or passwords with any unauthorized third parties or using the assigned confirmation numbers and/or passwords for any unauthorized purpose; (c) attempt to decipher, decompile, disassemble or reverse engineer any of the software or HTML code comprising or in any way making up a part of this Web Site; (d) upload, post, emailing or otherwise transmitting any Information, Content, or proprietary rights that You do not have a right to transmit under any law or under contractual or fiduciary relationships; (e) violating any applicable local, state, national or international law, including, but not limited to, any regulations having the force of law; and, (f) using any robot, spider, intelligent agent, other automatic device, or manual process to search, monitor or copy Our Web pages, or the Content without Our prior written permission, provided that generally available third party Web browser such as Netscape Navigator and Microsoft Internet Explorer may be used without such permission.

## 6. INFORMATION POSTED TO WEB SITE

With respect to all Information You elect to post to publicly accessible areas of the Web Site, You agree that We have the right to use, reproduce, modify, publish, perform and display such Information (in whole or part) worldwide; provided that such use is subject to the terms of Our Privacy Policy.

You acknowledge and agree that We may preserve Information and may also disclose Information if required to do so by law or in the good faith belief that such preservation or disclosure is reasonably necessary to: (a) comply with legal process; (b) enforce the Terms; (c) respond to claims that any Information violates the rights of third-parties; or (d) protect the rights, property, or personal safety of Our business, employees, Providers, affiliates, users, and/or the public.

## 7. LINKS TO THIRD PARTY SITES

This Web Site may contain links to third-party Web sites not under Our control or operation (the "Linked Sites"). The links will let You leave this Web Site, and You access them at Your own risk. You acknowledge that We provide the Linked Sites for Your convenience and information only. We do not endorse nor are We responsible for any content, information, or other related materials found at any such Linked Sites or any links contained within such Linked Sites, whether or not We are affiliated with the owners of such Linked Sites. You may not establish a hyperlink to this Web Site or provide any links that state or imply any sponsorship or endorsement of Your Web site by Us or the Providers.

## 8. DEALINGS WITH ADVERTISERS

Your correspondence or business dealings with, or participation in promotions of, advertisers found on or through this Web Site, including payment and delivery of related goods or services, and any other terms, conditions, warranties, or representations associated with such dealings are solely between You and such advertiser. You agree that We (and the Providers) shall neither be responsible nor liable for any loss or damage incurred by You as the result of any such dealings or as the result of the presence of such advertisers on this Web Site.

## 9. NO WARRANTIES

ALL CONTENT ON THIS WEB SITE IS PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND EITHER EXPRESS OR IMPLIED. OTHER THAN THOSE WARRANTIES WHICH, UNDER THE U.S. LAWS APPLICABLE TO THESE TERMS, ARE IMPLIED BY LAW AND ARE INCAPABLE OF EXCLUSION, RESTRICTION, OR MODIFICATION, WE DISCLAIM ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

NEITHER WE, OUR AFFILIATED OR RELATED ENTITIES, NOR THE PROVIDERS, NOR ANY PERSON INVOLVED IN THE CREATION, PRODUCTION, AND DISTRIBUTION OF THIS WEB SITE, WARRANT THAT THE FUNCTIONS CONTAINED IN THIS WEB SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SERVER

THAT MAKES THE CONTENT AVAILABLE WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THE CONTENT THAT YOU ACCESS ON THIS WEB SITE IS PROVIDED SOLELY FOR YOUR CONVENIENCE AND INFORMATION ONLY. WE DO NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THIS WEB SITE, OR AS TO THE RELIABILITY, ACCURACY OR CURRENCY OF ANY CONTENT, SERVICE, AND/OR MERCHANDISE ACQUIRED PURSUANT TO YOUR USE OF THIS WEB SITE.

WE ARE A DISTRIBUTOR AND NOT A PUBLISHER. WE HAVE NO MORE EDITORIAL CONTROL OVER SUCH INFORMATION AND CONTENT THAN DOES A PUBLIC LIBRARY OR NEWSSTAND. ANY OPINIONS, ADVICE, STATEMENTS, SERVICES, OFFERS, OR OTHER INFORMATION EXPRESSED OR MADE AVAILABLE BY THIRD PARTIES (INCLUDING IN THE LINKED SITES) ARE THOSE OF THE RESPECTIVE AUTHORS OR DISTRIBUTORS OF SUCH CONTENT.

YOU USE THIS WEB SITE AT YOUR OWN RISK. YOU (AND NOT US) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING (INCLUDING WITHOUT LIMITATION YOUR INTERNET CONNECTION) AND REPAIR OR CORRECTION OF YOUR SYSTEM.

## 10. LIMITATION OF LIABILITY

IN NO EVENT SHALL WE NOR OUR AFFILIATED OR RELATED ENTITIES (INCLUDING PROVIDERS), NOR ANY OF OUR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES OR AGENTS, NOR ANY PERSON OR ENTITY INVOLVED IN THE CREATION, PRODUCTION AND DISTRIBUTION OF THIS WEB SITE, BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGES WHETHER ARISING UNDER CONTRACT, WARRANTY, OR TORT (INCLUDING NEGLIGENCE) OR ANY OTHER THEORY OF LIABILITY, REGARDLESS OF WHETHER WE KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES, INCLUDING WITHOUT LIMITATION FROM THE USE OR ATTEMPTED USE OF THIS WEB SITE OR ANY OTHER LINKED SITE.

OUR LIABILITY, AND THE LIABILITY OF OUR PROVIDERS, TO YOU OR ANY THIRD PARTIES IN ANY CIRCUMSTANCE IS LIMITED TO THE LESSER OF (A) THE AMOUNT OF FEES YOU PAY TO US IN THE 12 MONTHS PRIOR TO THE ACTION GIVING RISE TO LIABILITY, OR (B) $500. Some states do not allow for the limitation of liability, so the foregoing limitation may not apply to You.

BY WAY OF EXAMPLE ONLY, WE AND RELATED PERSONS AND ENTITIES SHALL NOT BE RESPONSIBLE OR LIABLE FOR ANY CLAIM OR DAMAGE ARISING FROM: FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DELETION, DEFECT, DELAY IN OPERATION, COMPUTER VIRUS, THEFT, DESTRUCTION, UNAUTHORIZED ACCESS TO OR ALTERATION OF PERSONAL RECORDS, OR THE RELIANCE UPON OR USE OF CONTENT, INFORMATION, OPINIONS OR OTHER MATERIALS APPEARING ON THIS WEB SITE. MOREOVER, YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT WE ARE NOT LIABLE OR RESPONSIBLE FOR ANY DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES.

The limitation of liability reflects the allocation of risk between the parties. The limitations specified in this Section 10 will survive and apply even if any limited remedy specified in these Terms is found to have failed of its essential purpose. The limitations of liability provided in these Terms inure to the benefit of Us and the Providers, and to all respective officers, directors, employees, representatives, attorneys, and agents.

## 11. GOVERNING LAW AND JURISDICTION

We operate this Web Site (excluding Linked Sites) from Our offices within the States of New Jersey and New York. It can be accessed from all 50 states, as well as from other countries around the world. As each of these places has laws that may differ from those of New Jersey and New York, by accessing this Web Site, You agree that these Terms and Your use of the Web Site shall be governed in all respect by the internal substantive laws of the State of New Jersey, without regard to conflict of laws provisions and shall not be governed by the United Nations Convention on the International Sale of Goods. You further submit to exclusive jurisdiction and venue in the state and federal courts located in the State of New Jersey for all disputes, cases and controversies regarding this Web Site, Your use of this Web Site, and Your relationship with Us. We make no representation that materials on this Web Site are appropriate or available for use in other locations, and accessing them from territories where the Content is illegal is prohibited. Those who choose to access this Web Site from other locations do so at their own risk and are responsible for compliance with local laws, including laws regarding the transmission of technical data exported from the United States or the country in which You reside.

## 12. INDEMNIFICATION

We reserve the right to report any wrongdoing, if and when We become aware of it, to any applicable government agencies. You agree to indemnify, defend and hold Us and the Providers, Our and their officers, directors, employees, affiliates, agents, licensors, and suppliers harmless from and against any and all claims, demands, actions, costs, liabilities, losses and damages of any kind (including attorneys' fees) resulting from Your use of this Web Site, Your breach of any provision of these Terms and/or any negligent acts, omissions or intentional wrongdoing by You. Any such indemnification shall be conditioned on Our: (a) notifying You in writing of any such claim, demand, action, cost, liability, loss or threat of any thereof; (b) cooperating with You in the defense or settlement thereof; and (c) allowing You to control such defense or settlement. We shall be entitled to participate in such defense at Our own cost and expense.

## 13. MESSAGE BOARDS

In the event that We provide message boards or discussion forums on this Web Site (the "Forums"), You agree to use the Forums only in a noncommercial manner. You shall not, without our express approval, distribute or otherwise publish any material containing any solicitation of funds, advertising, or written solicitation for goods and services. You agree that any uploaded materials may be republished without compensation to You or any other person or entity. In addition, You warrant that all moral rights in any uploaded materials have been waived. While We do not and cannot review every message posted by You or any other User in the Forums, and although We are not responsible for these messages, We reserve the right (but not the obligation) to delete, move, or edit messages that We, in our sole discretion, deem abusive, defamatory, obscene, in violation of copyright or trademark laws, or otherwise unacceptable. We do not endorse any Information posted on this Web Site.

You agree that You must evaluate, and bear all risks associated with, the use of any messages, Information, or Content, including any reliance on the accuracy, completeness, or usefulness of such messages, Information, or Content. In this regard, You acknowledge that You may not rely on any Content We create or information submitted to Us by third parties, including without limitation, information in the Forums, and in all other parts of this Web Site.

## 14. OTHER GENERAL PROVISIONS

These Terms are for the benefit of Us and the Providers, Our and their officers, directors, employees, affiliates, agents, licensors, and suppliers. Each of these individuals or entities shall have the right to assert and enforce these Terms directly against You on its (or their own) behalf. Our failure to act with respect to a breach by You or others does not waive Our right to act with respect to subsequent or similar breaches.

If any provision of these Terms is held to be invalid or unenforceable, such provision will be struck and the remaining provisions enforced. Headings are for reference purposes only.

You and We are dealing at arms' length, creating a commercial relationship. We are not Your Agent or Your fiduciary. All of Our hotel chain's hotels and facilities are independently owned and operated by independent franchisees and licensees. They manage and operate the facilities, and they are the employers of all employees and contractors who work at the facilities. These franchisees are independent contractors, and no agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by these Terms.

The provisions and conditions of these Terms, and each obligation referenced herein, represent the entire Agreement between Us (including the Providers), Our affiliated or related entities, and You, and supersede any prior agreements or understandings not incorporated herein. In the event that any inconsistencies exist between these Terms and any future published terms of use or understanding, the last published Terms shall prevail.

WE RESERVE ANY RIGHTS NOT EXPRESSLY GRANTED OR STATED IN THESE TERMS.

# Exhibit B

**WYNDHAM**

**HOTEL GROUP**

# WEB SITE TERMS OF USE

Welcome to this Wyndham Hotel Group, Inc. Web site (this "Web Site"). Wyndham Hotel Group, Inc. provides this Web Site subject to the following terms of use (these "Terms"). These Terms explain a contractual agreement between you ("User," "You," "Your") and Wyndham Hotel Group, Inc. ("We," "Us," "Our") regarding Your use of this Web Site. You should print a copy of these Terms for Your records. Please note, however, that We may update and amend these Terms from time to time.

## 1. WHAT YOU SHOULD KNOW

The goal of this Web Site is to provide You with access to information about Our hotel chain's facilities, services, products, and related links to meet Your needs (the "Content"). The Terms are meant to protect all of Our visitors to this Web Site, and Your access to and use of this Web Site signifies Your agreement with these Terms. DO NOT USE THIS WEB SITE IF YOU DO NOT AGREE WITH THESE TERMS. We reserve the right, in Our sole discretion, to modify, alter or otherwise update these Terms at any time. Such modifications, alterations, and updates shall be effective immediately upon posting. You agree to be bound by such modified, altered, and updated Terms if You access or use this Web Site after We have posted notice of such modifications, alterations or updates.

Consistent with Our goals, this Web Site will permit You to link to many other Web sites that may or may not be affiliated with this Web Site and/or with Us. The other linked Web sites have different terms of use that are not the same as these Terms. Your access to and use of such linked Web sites through links provided on this Web Site is governed by the terms of use and policies of those sites, not this Web Site.

## 2. PRIVACY

Registration data and certain other information about You is subject to our Privacy Policy. For more information, please review Our Privacy Policy.

## 3. USE OF THIS WEB SITE

We control and operate this Web Site. All Content on this Web Site, including, but not limited to, text, images, illustrations, audio clips, and video clips, is protected by copyrights, trademarks, service marks, and/or other intellectual property rights (which are governed by United States and worldwide copyright laws and treaty provisions, privacy and publicity laws, and communication regulations and statutes). The Content is owned and controlled by Us or Our affiliates, or by third party content providers, merchants, sponsors and licensors (collectively the "Providers") that have licensed their content or the right to market their products and/or services to Us. Content on this Web Site or any Web site owned, operated, licensed or controlled by the Providers is solely for Your personal, non-commercial use. You agree to abide by all additional copyright notices, information, or restrictions contained in any Content. You may download a single copy of any Content contained on this Web Site, solely for Your personal, non-commercial use, consistent with these Terms, provided that You maintain all copyright and other notices contained in such Content.

You may not copy, reproduce, republish, upload, post, transmit, distribute, and/or exploit the Content in any way (including by e-mail or other electronic means) for commercial use without the prior written consent of Us or the Providers. You may request consent by faxing a request to Wyndham Worldwide's Legal Department at 973-753-6620. Your modification of the Content, use of the Content on any other Web site or networked computer environment, or use of the Content for any purpose other than personal, non-commercial use, without the prior written consent of Us or the Providers, violates the intellectual property rights and proprietary rights of the Content owners and is prohibited.

You may not use on Your Web site any registered or unregistered trademarks, service marks or copyrighted materials appearing on this Web Site, including but not limited to any logos or characters, without the express written consent of the owner of the mark or copyright. You may not frame, deep link, or otherwise incorporate into another Web site any of the Content or other materials on this Web Site without Our express prior written consent.

Violation of trademark and copyright laws may result in significant civil liability or criminal penalties under United States and/or worldwide copyright and trademark laws. You recognize that any reproduction or use of Content, except as authorized by these Terms, is considered intentional infringement.

## 4. USER'S RESPONSIBILITIES

You warrant and represent to Us that You will not use this Web Site for any purpose that is unlawful or prohibited by these Terms, including without limitation the posting or transmitting any threatening, libelous, defamatory, obscene, scandalous, inflammatory, pornographic, or profane material. If You violate any of these Terms, Your permission to use this Web Site immediately terminates without the necessity of any notice. We retain the right to deny access to anyone at Our discretion for any reason, including for violation of these Terms.

You are solely responsible for Your Information, and We act as a passive conduit for Your online distribution and publication of Your Information. As used in these Terms, "Information" means any information or data that You submit to this Web Site and any information or data that is generated by this Web Site as a result of Your use of this Web Site.

In the event that You are provided with User identification numbers or codes (collectively, "ID's"), confirmation numbers, and/or passwords (as applicable) in the use of this Web Site, You shall maintain such User ID's, confirmation numbers, and/or passwords in confidence and You agree not to distribute or disclose the same to third parties. It is Your responsibility to notify Us if We need to change

or discontinue any of Your ID's, confirmation numbers, or passwords. It is also Your responsibility to immediately request discontinuation of an ID, confirmation number, or password upon Your knowledge or belief that such ID, confirmation number, and/or password is, or may be subject to, a breach of confidentiality. We may suspend or terminate Your service or access to this Web Site if We believe a breach of these Terms has occurred.

You agree to provide true, accurate, current and complete Information. If You provide any Information that is untrue, inaccurate, not current or incomplete (or We have reasonable grounds to suspect that such Information is untrue, inaccurate, not current or incomplete), We have the right to suspend or terminate Your access and activity, and refuse any and all current or future use, of this Web Site.

## 5. PROHIBITED ACTIVITIES

You are specifically prohibited from any use of this Web Site, and You agree not to use or permit others to use this Web Site, for any of the following: (a) take any action that imposes an unreasonable or disproportionately large load on the Web Site's infrastructure, including but not limited to "spam" or other such unsolicited mass e-mailing techniques; (b) disclose to, or share with, the assigned confirmation numbers and/or passwords with any unauthorized third parties or using the assigned confirmation numbers and/or passwords for any unauthorized purpose; (c) attempt to decipher, decompile, disassemble or reverse engineer any of the software or HTML code comprising or in any way making up a part of this Web Site; (d) upload, post, emailing or otherwise transmitting any Information, Content, or proprietary rights that You do not have a right to transmit under any law or under contractual or fiduciary relationships; (e) violating any applicable local, state, national or international law, including, but not limited to, any regulations having the force of law; and, (f) using any robot, spider, intelligent agent, other automatic device, or manual process to search, monitor or copy Our Web pages, or the Content without Our prior written permission, provided that generally available third party Web browser such as Netscape Navigator and Microsoft Internet Explorer may be used without such permission.

## 6. INFORMATION POSTED TO WEB SITE

With respect to all Information You elect to post to publicly accessible areas of the Web Site, You agree that We have the right to use, reproduce, modify, publish, perform and display such Information (in whole or part) worldwide; provided that such use is subject to the terms of Our Privacy Policy.

You acknowledge and agree that We may preserve Information and may also disclose Information if required to do so by law or in the good faith belief that such preservation or disclosure is reasonably necessary to: (a) comply with legal process; (b) enforce the Terms; (c) respond to claims that any Information violates the rights of third-parties; or (d) protect the rights, property, or personal safety of Our business, employees, Providers, affiliates, users, and/or the public.

## 7. LINKS TO THIRD PARTY SITES

This Web Site may contain links to third-party Web sites not under Our control or operation (the "Linked Sites"). The links will let You leave this Web Site, and You access them at Your own risk. You acknowledge that We provide the Linked Sites for Your convenience and information only. We do not endorse nor are We responsible for any content, information, or other related materials found at any such Linked Sites or any links contained within such Linked Sites, whether or not We are affiliated with the owners of such Linked Sites. You may not establish a hyperlink to this Web Site or provide any links that state or imply any sponsorship or endorsement of Your Web site by Us or the Providers.

## 8. DEALINGS WITH ADVERTISERS

Your correspondence or business dealings with, or participation in promotions of, advertisers found on or through this Web Site, including payment and delivery of related goods or services, and any other terms, conditions, warranties, or representations associated with such dealings are solely between You and such advertiser. You agree that We (and the Providers) shall neither be responsible nor liable for any loss or damage incurred by You as the result of any such dealings or as the result of the presence of such advertisers on this Web Site.

## 9. NO WARRANTIES

ALL CONTENT ON THIS WEB SITE IS PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND EITHER EXPRESS OR IMPLIED. OTHER THAN THOSE WARRANTIES WHICH, UNDER THE U.S. LAWS APPLICABLE TO THESE TERMS, ARE IMPLIED BY LAW AND ARE INCAPABLE OF EXCLUSION, RESTRICTION, OR MODIFICATION, WE DISCLAIM ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

NEITHER WE, OUR AFFILIATED OR RELATED ENTITIES, NOR THE PROVIDERS, NOR ANY PERSON INVOLVED IN THE CREATION, PRODUCTION, AND DISTRIBUTION OF THIS WEB SITE, WARRANT THAT THE FUNCTIONS CONTAINED IN THIS WEB SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SERVER THAT MAKES THE CONTENT AVAILABLE WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THE CONTENT THAT YOU ACCESS ON THIS WEB SITE IS PROVIDED SOLELY FOR YOUR CONVENIENCE AND INFORMATION ONLY. WE DO NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THIS WEB SITE, OR AS TO THE RELIABILITY, ACCURACY OR CURRENCY OF ANY CONTENT, SERVICE, AND/OR MERCHANDISE ACQUIRED PURSUANT TO YOUR USE OF THIS WEB SITE.

WE ARE A DISTRIBUTOR AND NOT A PUBLISHER. WE HAVE NO MORE EDITORIAL CONTROL OVER SUCH INFORMATION AND CONTENT THAN DOES A PUBLIC LIBRARY OR NEWSSTAND. ANY OPINIONS, ADVICE, STATEMENTS, SERVICES, OFFERS, OR OTHER INFORMATION EXPRESSED OR MADE AVAILABLE BY THIRD PARTIES (INCLUDING IN THE LINKED SITES) ARE THOSE OF THE RESPECTIVE AUTHORS OR DISTRIBUTORS OF SUCH CONTENT.

YOU USE THIS WEB SITE AT YOUR OWN RISK. YOU (AND NOT US) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING (INCLUDING WITHOUT LIMITATION YOUR INTERNET CONNECTION) AND REPAIR OR CORRECTION OF YOUR SYSTEM.

## 10.  LIMITATION OF LIABILITY

IN NO EVENT SHALL WE NOR OUR AFFILIATED OR RELATED ENTITIES (INCLUDING PROVIDERS), NOR ANY OF OUR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES OR AGENTS, NOR ANY PERSON OR ENTITY INVOLVED IN THE CREATION, PRODUCTION AND DISTRIBUTION OF THIS WEB SITE, BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGES WHETHER ARISING UNDER CONTRACT, WARRANTY, OR TORT (INCLUDING NEGLIGENCE) OR ANY OTHER THEORY OF LIABILITY, REGARDLESS OF WHETHER WE KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES, INCLUDING WITHOUT LIMITATION FROM THE USE OR ATTEMPTED USE OF THIS WEB SITE OR ANY OTHER LINKED SITE.

OUR LIABILITY, AND THE LIABILITY OF OUR PROVIDERS, TO YOU OR ANY THIRD PARTIES IN ANY CIRCUMSTANCE IS LIMITED TO THE LESSER OF (A) THE AMOUNT OF FEES YOU PAY TO US IN THE 12 MONTHS PRIOR TO THE ACTION GIVING RISE TO LIABILITY, OR (B) $500. Some states do not allow for the limitation of liability, so the foregoing limitation may not apply to You.

BY WAY OF EXAMPLE ONLY, WE AND RELATED PERSONS AND ENTITIES SHALL NOT BE RESPONSIBLE OR LIABLE FOR ANY CLAIM OR DAMAGE ARISING FROM: FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DELETION, DEFECT, DELAY IN OPERATION, COMPUTER VIRUS, THEFT, DESTRUCTION, UNAUTHORIZED ACCESS TO OR ALTERATION OF PERSONAL RECORDS, OR THE RELIANCE UPON OR USE OF CONTENT, INFORMATION, OPINIONS OR OTHER MATERIALS APPEARING ON THIS WEB SITE. MOREOVER, YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT WE ARE NOT LIABLE OR RESPONSIBLE FOR ANY DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES.

The limitation of liability reflects the allocation of risk between the parties. The limitations specified in this Section 10 will survive and apply even if any limited remedy specified in these Terms is found to have failed of its essential purpose. The limitations of liability provided in these Terms inure to the benefit of Us and the Providers, and to all respective officers, directors, employees, representatives, attorneys, and agents.

## 11.  GOVERNING LAW AND JURISDICTION

We operate this Web Site (excluding Linked Sites) from Our offices within the States of New Jersey and New York. It can be accessed from all 50 states, as well as from other countries around the world. As each of these places has laws that may differ from those of New Jersey and New York, by accessing this Web Site, You agree that these Terms and Your use of the Web Site shall be governed in all respect by the internal substantive laws of the State of New Jersey, without regard to conflict of laws provisions and shall not be governed by the United Nations Convention on the International Sale of Goods. You further submit to exclusive jurisdiction and venue in the state and federal courts located in the State of New Jersey for all disputes, cases and controversies regarding this Web Site, Your use of this Web Site, and Your relationship with Us. We make no representation that materials on this Web Site are appropriate or available for use in other locations, and accessing them from territories where the Content is illegal is prohibited. Those who choose to access this Web Site from other locations do so at their own risk and are responsible for compliance with local laws, including laws regarding the transmission of technical data exported from the United States or the country in which You reside.

## 12.  INDEMNIFICATION

We reserve the right to report any wrongdoing, if and when We become aware of it, to any applicable government agencies. You agree to indemnify, defend and hold Us and the Providers, Our and their officers, directors, employees, affiliates, agents, licensors, and suppliers harmless from and against any and all claims, demands, actions, costs, liabilities, losses and damages of any kind (including attorneys' fees) resulting from Your use of this Web Site, Your breach of any provision of these Terms and/or any negligent acts, omissions or intentional wrongdoing by You. Any such indemnification shall be conditioned on Our: (a) notifying You in writing of any such claim, demand, action, cost, liability, loss or threat of any thereof; (b) cooperating with You in the defense or settlement thereof; and (c) allowing You to control such defense or settlement. We shall be entitled to participate in such defense at Our own cost and expense.

## 13.  MESSAGE BOARDS

In the event that We provide message boards or discussion forums on this Web Site (the "Forums"), You agree to use the Forums only in a noncommercial manner. You shall not, without our express approval, distribute or otherwise publish any material containing any solicitation of funds, advertising, or written solicitation for goods and services. You agree that any uploaded materials may be republished without compensation to You or any other person or entity. In addition, You warrant that all moral rights in any uploaded materials have been waived. While We do not and cannot review every message posted by You or any other User in the Forums, and although We are not responsible for these messages, We reserve the right (but not the obligation) to delete, move, or edit messages that We, in our sole discretion, deem abusive, defamatory, obscene, in violation of copyright or trademark laws, or otherwise unacceptable. We do not endorse any Information posted on this Web Site.

You agree that You must evaluate, and bear all risks associated with, the use of any messages, Information, or Content, including any reliance on the accuracy, completeness, or usefulness of such messages, Information, or Content. In this regard, You acknowledge that You may not rely on any Content We create or information submitted to Us by third parties, including without limitation, information in the Forums, and in all other parts of this Web Site.

14. **OTHER GENERAL PROVISIONS**

These Terms are for the benefit of Us and the Providers, Our and their officers, directors, employees, affiliates, agents, licensors, and suppliers. Each of these individuals or entities shall have the right to assert and enforce these Terms directly against You on its (or their own) behalf. Our failure to act with respect to a breach by You or others does not waive Our right to act with respect to subsequent or similar breaches.

If any provision of these Terms is held to be invalid or unenforceable, such provision will be struck and the remaining provisions enforced. Headings are for reference purposes only.

You and We are dealing at arms' length, creating a commercial relationship. We are not Your Agent or Your fiduciary. All of Our hotel chain's hotels and facilities are independently owned and operated by independent franchisees and licensees. They manage and operate the facilities, and they are the employers of all employees and contractors who work at the facilities. These franchisees are independent contractors, and no agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by these Terms.

The provisions and conditions of these Terms, and each obligation referenced herein, represent the entire Agreement between Us (including the Providers), Our affiliated or related entities, and You, and supersede any prior agreements or understandings not incorporated herein. In the event that any inconsistencies exist between these Terms and any future published terms of use or understanding, the last published Terms shall prevail.

WE RESERVE ANY RIGHTS NOT EXPRESSLY GRANTED OR STATED IN THESE TERMS.

# Exhibit C

Reservations: 877-999-3223 | Contact Us | FAQ

Home > Hotels > United States > Florida > Miami Beach Hotels > Shelborne Wyndham Grand South Beach > Rooms & Rates



**WYNDHAM GRAND®**
HOTELS AND RESORTS

WYNDHAM REWARDS

Home | Wyndham Experience | Deals & Discounts | Meetings & Groups | Weddings | Locations

 Username | •••••••• | GO
Join for FREE   Forgot Password?

## Shelborne Wyndham Grand South Beach

1801 Collins Avenue | Miami Beach, FL 33139 US  1-305-531-1271

TripAdvisor Rating

Based On 1184 reviews

---

**Rates for:** Friday, Mar 03, 2017 - Sunday, Mar 05, 2017, 2 nights stay, 1 room for 1 adult and 0 child

RESERVATIONS ▶

More Rates & Codes

- **Hotel Overview**
- ▶ **Rooms & Rates**
- Services & Amenities
- Dining
- Meetings & Groups
- Weddings
- Blue Harmony Spa
- Things to Do
- Special Offers
- Photos & Videos
- Map & Directions
- Ratings & Reviews
- Hotel Policies

| Wyndham Daily Rate | Pay Now Get 200 Bonus P | Earn 500 WR Bonus point | Breakfast Package |
|---|---|---|---|
| From **409.00** USD | From **347.65** USD | From **409.00** USD | From **439.00** USD |

### Wyndham Daily Rate from 409.00 USD

View Rate Details and Policies

| City View 1 King Non Smoking 🚭 | | Availability | Price | |
|---|---|---|---|---|
|  Standard photo. Actual room may vary. | Standard 1 King Bed, Nonsmoking, Free WIFI, City View, 46-inch smart TV, Desk 280 Sq. Ft. King bed and colorful More | Available | Avg Nightly Rate | 409.00 USD |
| | See all Photos & Videos | | View total cost with taxes & fees | |
| | | | Currency Converter  RESERVE | |

| City View 2 Double Beds Non Smoking 🚭 | | Availability | Price | |
|---|---|---|---|---|
|  Standard photo. Actual room may vary. | Standard 2 Double Beds, Nonsmoking, Free WIFI, City View, 46-inch smart TV, Desk 340 Sq. Ft. Honor Bar featuring premium More | Available | Avg Nightly Rate | 429.00 USD |
| | See all Photos & Videos | | View total cost with taxes & fees | |
| | | | Currency Converter  RESERVE | |

# Exhibit D



Reservations: 877-999-3223 | Contact Us | FAQ

Home > Hotels > United States > Florida > Miami Beach Hotels > Shelborne Wyndham Grand South Beach
> Rooms & Rates

**WYNDHAM GRAND**
HOTELS AND RESORTS

WYNDHAM REWARDS

Home | Wyndham Experience | Deals & Discounts |

Username | •••••••• | GO
Join for FREE   Forgot Password?

## Shelborne Wyndham Grand South [Beach]
1801 Collins Avenue | Miami Beach, FL 33139 US  1-305-531

TripAdvisor Rating
●●●●●
On 1184 reviews

### Close ×

**Check-In-Time:** 4:00 PM  **Check-Out-Time:** 11:00 AM

**Room : 1**

1 adult, 0 child x 2 Nights                818.00 USD

| 3/3/2017 | 3/4/2017 |
|----------|----------|
| 409.0    | 409.0    |

Estimated taxes & fees*                    171.52 USD

Resort Fee              28.5USD

Occupancy Tax 7 pct     28.63USD

**Total:**                        989.52 USD

*Other charges may apply for local amenities like safe warranties and
telephone charges. Please check with the property for further details.

**Reservation Policies - Cancelling or Modifying Reservations:**
Cancel 3 days prior to arrival by 6PM to avoid a 1 night plus tax charge

Rates for: Frid                                for 1 adult and 0 child

More Rates & Codes

RESERVATIONS ▶

Hotel Overview
▶ Rooms & Rates
Services & Amenities
Dining
Meetings & Groups
Weddings
Blue Harmony Spa
Things to Do
Special Offers
Photos & Videos
Map & Directions
Ratings & Reviews
Hotel Policies

Wyndha                          Bonus      Breakfast Package
From                       00 USD      From **439.00** USD

Wyndha                                           View Rate Details and Policies

**City View 1 K**                                ailability   Price

Standard 1 King Bed, Nonsmoking, Free        Available   Avg Nightly Rate   **409.00** USD
WIFI, City View, 46-inch smart TV, Desk 280
Sq. Ft: King bed and colorful                           2 Nights(1 Room)   818.00 USD
More                                                    Tax               171.52 USD
                                                        View total cost with taxes & fees
Standard photo. Actual room    See all Photos & Videos  **Total Cost***     989.52 USD
may vary.
                                                        Currency Converter   RESERVE

**City View 2 Double Beds Non Smoking** 🔊      Availability   Price

Standard 2 Double Beds, Nonsmoking, Free     Available   Avg Nightly Rate   **429.00** USD
WIFI, City View, 46-inch smart TV, Desk 340
Sq. Ft: Honor Bar featuring premium                     View total cost with taxes & fees
More
                                                        Currency Converter   RESERVE
Standard photo. Actual room    See all Photos & Videos
may vary.

# Exhibit E



Reservations: 877-999-3223 | Contact Us | FAQ

**WYNDHAM GRAND**
HOTELS AND RESORTS

WYNDHAM REWARDS

Home | Wyndham Experience | Deals & Discounts | Meetings & Groups | Weddings | Locations

Username | •••••••• | GO
Join for FREE  Forgot Password?

SHELBORNE WYNDHAM GRAND SOUTH BEACH

1801 Collins Avenue
Miami Beach, FL 33139 US
Phone: 1-305-531-1271
Fax: 1-305-531-2206
E-mail

***Rate information**

*Other charges may apply for local amenities like safe warranties and telephone charges. Please check with the property for further details. Local taxes and other surcharges may be additional. Please note that a change in the length or dates of your reservation may result in a rate change. Please check with the property for further details.

**Traveling with Children or Several Guests**

There may be limits on the number of guests who may occupy the room type you selected which could impact the number of rooms needed and/or room rates for a reservation even if you receive a confirmation number. Please check with the property or our central reservation number for further details.

**Credit Card Offer**

[1] Offer subject to credit approval. Benefits will vary depending upon the card for which you are approved. Not everyone will qualify for the Visa Signature Card. If at the time of your application you do not meet the credit or income criteria previously established for this offer, we may not be able to open an account for you or you may receive a Platinum Card. This offer is available to new Cardmembers only. For information about rates, other fees, other costs, and the reward program rules (including point accrual rate, bonus point awards, etc.) and benefits associated with the use of this credit card program please see the
Terms & Conditions

**Cancellation Policy**

Cancel 3 days prior to arrival by 6PM to avoid a 1 night plus tax charge

**Deposit Required**

A deposit is not required for guarantee of your reservation.

Hotel > **Reservation Detail & Payment** > Confirmation

## Reserve Room

Print this page

**Room Information**

City View 1 King Non Smoking

City View 1 King Non Smoking 280 Sq. Ft. King bed and colorful city views. Work Space, Desk, Honor Bar featuring premium organic alternatives European and retro-inspired accents. Romantic bottom-of-the-bed lighting. Private label, all natural designer bathroom amenities and modern decor.

**Stay:**
1 Room, 2 Nights
**Occupancy:**
1 Adult, 0 Child

**Taxes and Fees:** Resort Fee 28.50 Occupancy Tax 7 pct 28.63
**Marketing Information:** Wyndham Hotels and Resorts - Your Wyndham is Waiting
**Commision Policy:** Commission policy for travel agents is 10%
**Check In:** Friday, 03/03/2017 After 4:00 PM
**Check Out:** Sunday, 03/05/2017 Before 11:00 AM

**Wyndham Daily Rate:**
**Cancellation Policy:** Cancel 3 days prior to arrival by 6PM to avoid a 1 night plus tax charge
**Deposit Required:** A deposit is not required for guarantee of your reservation.

| Selected Room | # Rooms | # Nights | Wyndham Daily Rate | Tax | Total for Stay* |
|---|---|---|---|---|---|
| City View 1 King Non Smoking | 1 | 2 | 409.00 USD | 171.52 USD<br>View taxes & fees | 989.52 USD<br>Currency Converter |

WYNDHAM REWARDS Earn 9,896 Wyndham Rewards points when you complete this stay!

Name
First | Last

Billing Address
Street
City
Select a State / Province
Postal Code
Select a Country

Contact Details   Your privacy is important to us
Email | Confirm Email
Phone

Special Requests

166 of 166 characters remaining

☑ Yes I would like to receive special offers and discounts from Wyndham

☑ Yes, I would like to receive promotional offers and discounts from Brand partners

## I WOULD LIKE TO SAVE $50!

| | |
|---|---|
| Total Reservation Cost: | $989.52 |
| Card Statement Credit[1]: | - $50.00 |
| **Total After Statement Credit:** | **$939.52** |

Apply now for the Wyndham Rewards® Visa® Card and receive a *$50 statement credit* when you are approved and use it to make a first qualifying transaction.[1] Plus, earn up to *15,000 bonus points* when you spend $1,000 on purchases in the first 90 days of account opening.[1]

[1] OFFER DETAILS   TERMS AND CONDITIONS

Apply Instantly

This reservation will be held while you apply for this card.

We require a valid credit card to confirm your reservation and guarantee your room. Any required deposit or pre-payment will be charged to this card in advance of your arrival.

Your Reservation Total*:
**989.52** USD
Currency Converter

Credit Card Type: Select a Card Type
Card Number
Name on Card
Expiration Date: Month | 2016

**Book at Wyndham.com**

When you book at Wyndham.com you can enjoy these benefits

- ✔ Get the lowest rates guaranteed!
- ✔ The only place to earn Wyndham Rewards points for free hotel rooms, airline tickets, car rentals and more

⊞ Travel Agent? Enter your ARC/IATA/TIDS/TRUE number here.

☐ I understand by selecting this checkbox, I have read and accepted the terms and conditions stated on this page

**Please present your Wyndham Rewards number upon check in to ensure you earn credit for your stay.**

Submit Reservation

# Exhibit F



# Exhibit G



**WYNDHAM REWARDS**

Home | Wyndham Experience | Deals & Discounts | Meetings & Groups | Weddings | Locations

Username [_____] •••••••• [GO]

Join for **FREE**   Forgot Password?



**SHELBORNE WYNDHAM GRAND SOUTH BEACH**

1801 Collins Avenue
Miami Beach, FL 33139 US

Phone: 1-305-531-1271
Fax: 1-305-531-2206
E-mail

**\*Rate information**

\*Other charges may apply for local amenities like safe warranties and telephone charges. Please check with the property for further details.
Local taxes and other surcharges may be additional. Please note that a change in the length or dates of your reservation may result in a rate change. Please check with the property for further details.

**Traveling with Children or Several Guests**

There may be limits on the number of guests who may occupy the room type you selected which could impact the number of rooms needed and/or room rates for a reservation even if you receive a confirmation number. Please check with the property or our central reservation number for further details.

**Credit Card Offer**

Hotel   Reservation Detail & Payment   **Confirmation**

## Confirmation

🖨 Print this page



**Room Information**

**City View 1 King Non Smoking**

🚫

Standard 1 King Bed, Nonsmoking, Free WIFI, City View, 46-inch smart TV, Desk 280 Sq. Ft. King bed and colorful city views. Work Space, Desk, Honor Bar featuring premium organic alternatives European and retro-inspired accents. Romantic bottom-of-the-bed lighting. Private label, all natural designer bathroom amenities and modern decor.

**Stay:**
1 Room, 2 Nights
**Occupancy:**
1 Adult, 0 Child

**Taxes and Fees:** Resort Fee 57 Occupancy Tax 7 pct 57.26 City Tax 7 pct 57.26

**Marketing Information:** Thank you for making your reservation with us

**Commission Policy:** Qualified reservations will be paid 10P commission to travel agents providing IATA number

**Check In:**
Friday, 03/03/2017 After 4:00 PM
**Check Out:**
Sunday, 03/05/2017 Before 11:00 AM

**Wyndham Daily Rate:** .
**Cancellation Policy:** Cancel 3 days prior to arrival by 6PM to avoid a 1 night plus tax charge
**Deposit Required:** A Deposit may be required - See Rate Rules

*Recipient of the 2015 TripAdvisor Certificate of Excellence Award.*

eStandby

**You are Eligible for a Custom Upgrade**

Premium rooms may go unsold and can be offered at check-in for as little as **$50** extra per night!

**SHOW MY CUSTOM UPGRADE**

By clicking this link, you will be redirected to a different website to see your custom upgrade options.

| Selected Room | # Rooms | # Nights | Wyndham Daily Rate | Tax | Total for Stay* |
|---|---|---|---|---|---|
| City View 1 King Non Smoking | 1 | 2 | 409.00 USD | 171.52 USD View taxes & fees | 989.52 USD Currency Converter |