UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LUCA JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM HOTEL GROUP, LLC, and WYNDHAM HOTELS AND RESORTS, LLC,<br><br>Defendants. | Case No. 2:16-cv-00746 (MRH) |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES

AND NOW, having considered the parties' motion for extension, and for good cause shown, it is hereby ORDERED that said motion is GRANTED. The parties shall comply with the following deadlines:

a) Plaintiff's Motion for Class Certification shall be filed on or before March 21, 2018.

b) Plaintiff's expert report(s) as to class certification shall be filed on or before March 21, 2018.

c) Fact discovery shall be completed on or before May 14, 2018.

d) Defendants' expert report(s) as to class certification shall be filed on or before May 21, 2018.

e) Defendants' Response to Plaintiff's Motion for Class Certification shall be filed on or before May 21, 2018.

f) Depositions of class certification expert(s) shall be completed by June 20, 2018.

g) Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Class Certification shall be filed on or before June 20, 2018.

Dated: 12/6 , 2017

_____
The Honorable Mark R. Hornak
United States District Judge