IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LUCA JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM WORLDWIDE CORPORATION, WYNDHAM HOTEL GROUP, LLC, WYNDHAM HOTELS AND RESORTS, LLC, and WYNDHAM HOTEL MANAGEMENT, INC.,<br><br>Defendants. | Case No. 16-cv-0746 (MRH)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF CAREY ALEXANDER** |

Carey Alexander, undersigned counsel for Plaintiff, THOMAS LUCA JR., hereby moves that Carey Alexander be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Carey Alexander filed herewith as Exhibit 1, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: May 11, 2018

Respectfully submitted,

/s/ Carey Alexander
Carey Alexander (NY5188461)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
calexander@scott-scott.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* of Carey Alexander was electronically filed on May **11**, 2018 with the Clerk of Court for Western District of Pennsylvania, and a copy was served on all counsel of record via the Court's electronic filing system.

/s/ Carey Alexander
Carey Alexander