IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LUCA JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM HOTEL GROUP, LLC, and WYNDHAM HOTELS AND RESORTS, LLC,<br><br>Defendants. | Case No. 16-cv-746-MRH |



### ORDER GRANTING PLAINTIFF'S UNOPPPOSED MOTION FOR EXTENSION OF BRIEFING, DISCOVERY, AND CASE MANAGEMENT DEADLINES

AND NOW, having considered Plaintiff's unopposed motion for extensions of time, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The Parties shall comply with the following deadlines:

1. Plaintiff's motion for class certification shall be filed on or before **October 15, 2018.**

2. Plaintiff's expert report(s) as to class certification shall be filed on or before **October 15, 2018.**

3. Fact discovery (other than expert depositions and defendant's class certification expert report(s) disclosure) shall be completed on or before **December 7, 2018.**

4. Defendants' response in opposition to class certification shall be filed on or before **December 14, 2018.**

5. Defendants' expert report(s) as to class certification shall be filed on or before **December 14, 2018.**

6. Plaintiff's reply in support of class certification shall be filed on or before

1

**January 28, 2019**.

7. Depositions of class certification experts shall be completed by **January 28, 2019**.

Dated: **8-16-18**

Hon. Mark R. Hornak

United States District Judge