# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LUCA, JR., )<br>)<br>Plaintiff, )<br>) 2:16-cv-00746<br>v. )<br>) **CASE PARTICIPANTS ONLY**<br>WYNDHAM WORLDWIDE )<br>CORPORATION ET AL, )<br>)<br>Defendants. ) | |

## IMPORTANT NOTICE REGARDING TELEPHONE PROCEEDINGS

All telephonic proceedings will be held via one of the two (2) AT&T dial-in numbers listed below. Each Scheduling Order will list the date, time and Dial-in Number, either Dial-in No. 1 or Dial-in No. 2. Please read every Scheduling Order carefully to ascertain which Dial-in number will be used for that particular conference.

**Dial-in No. 1**
**Dial in phone number: 888-363-4749**
**Access Code: 2539689**

**Dial-in No. 2**
**Dial in phone number: 888-363-4749**
**Access Code: 4015739**

s/ Mark R. Hornak
Mark R. Hornak
United States District Judge

Dated: November 19, 2018