UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| THOMAS LUCA JR., individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>WYNDHAM HOTEL GROUP, LLC and WYNDHAM HOTELS AND RESORTS, LLC,<br><br>     Defendants. | Civil No. 2:16-cv-00746 (MRH) |

[~~PROPOSED~~] ORDER

Upon consideration of Defendants' Motion to Extend Page Limits and to File Documents Under Seal, and for good cause shown, it is this 28th day of November 2018:

**ORDERED** that Defendants' motion is **GRANTED**; AND

**FURTHER ORDERED** that

(i) Defendants may submit a brief in opposition to plaintiff's motion for class certification not to exceed 25 pages;

(ii) Plaintiff may submit a reply brief in support of his motion for class certification not to exceed 20 pages; and

(iii) Defendants' opposition to plaintiff's motion for class certification may be filed under seal. Defendants shall make arrangements with the Clerk of Court to make the filing in accordance with this Court's Local Rules.

This Order authorizing the filing of certain materials under seal is provisional in that it may be vacated or modified, in whole or in part, at any time for good cause shown upon the motion of any party (or any other person with a recognized interest as to such matters), or by the Court upon its own motion.
/s/ Mark R. Hornak, U.S. District Judge

_____
Mark R. Hornak
United States District Judge