IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LUCA, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:16-cv-00746 |
| | ) |
| WYNDHAM WORLDWIDE | ) |
| CORPORATION ET AL, | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 16th day of January, 2019, it is hereby ORDERED that for the reasons set forth in the Court's Opinion of this date, the Motion for Judgment on the Pleadings, or in the alternative, Motion for Reconsideration filed by Defendants Wyndham Hotel Group, LLC, and Wyndham Hotels and Resorts, LLC, (ECF No. 87) is GRANTED. Count II of Plaintiff's Class Action Complaint, alleging a violation of N.J.S.A. §§ 56:12–14, is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
Mark R. Hornak
Chief United States District Judge

cc:   All counsel of record