UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LUCA, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM HOTEL GROUP, LLC and WYNDHAM HOTELS & RESORTS, LLC,<br><br>Defendants. | Case No. 16-cv-746-MRH<br><br>Electronically Filed and Served |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff Thomas Luca, Jr. and Defendants Wyndham Hotel Group, LLC and Wyndham Hotels and Resorts, LLC (collectively, "Wyndham") jointly advise the Court that they have reached an agreement in principle to resolve plaintiff's claims and those of the proposed class. The parties therefore jointly request that the Court stay all deadlines in this matter for 30 days, to allow the parties to finalize the details of their agreement. The deadlines to be stayed include those for: (1) plaintiff's response to Wyndham's motion to exclude the opinions of Dr. Vicki Morwitz, (2) Wyndham's reply in support of its motion to exclude the opinions of Dr. Vicki Morwitz, (3) Wyndham's sur-reply in opposition to class certification, and (4) plaintiff's response to Wyndham's sur-reply. *See* ECF Nos. 170, 175. The parties also respectfully request that the Court adjourn the April 30, 2019 class certification hearing. *See* ECF No. 170. Staying these proceedings will allow the parties to focus their resources on negotiating appropriate settlement documents, and will ensure that the Court's resources are not expended unnecessarily.

On or before April 29, 2019, the parties will update the Court on their progress by doing one of the following: (1) filing a motion for preliminary approval of their proposed class action

settlement; (2) requesting a continuation of the stay, describing the progress made towards settlement and why additional time is necessary; or (3) indicating that a final agreement could not be reached and proposing a schedule for remaining briefing and a hearing on plaintiff's motion for class certification.

Dated: March 29, 2019

Respectfully submitted,

*/s/ K. Winn Allen*

David A. Strassburger (Pa. I.D. #76027)
STRASSBURGER MCKENNA
  GUTNICK & GEFSKY
444 Liberty Avenue, Suite 2200
Pittsburgh, PA  15222
Telephone: (412) 281-5423
dstrassburger@smgglaw.com

K. Winn Allen (admitted *pro hac vice*)
Ronald K. Anguas, Jr. (admitted *pro hac vice*)
Zachary A. Avallone (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, DC  20005
Telephone: (202) 879-5000
winn.allen@kirkland.com

*Counsel for Defendants Wyndham Hotels & Resorts, LLC and Wyndham Hotel Group, LLC*

By: */s/ Gary F. Lynch*
Gary F. Lynch
glynch@carlsonlynch.com
Jamisen A. Etzel
jetzel@carlsonlynch.com
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246

Joseph P. Guglielmo
Erin Green Comite
Carey Alexander
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
T: (212) 223-6444
F: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com

*Counsel for Plaintiff Thomas Luca, Jr.*

2

## **CERTIFICATE OF SERVICE**

I certify that on March 29, 2019, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

*/s/ K. Winn Allen*
K. Winn Allen
Counsel for Defendants